**FILED**
JUL 2 2001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE RANCH HOUSE, INC., d/b/a THE PLATINUM CLUB, d/b/a THE PLATINUM ENTERTAINMENT CENTER, d/b/a THE PLATINUM SPORTS BAR, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY AMERSON, SHERIFF OF CALHOUN COUNTY, and THE CALHOUN COUNTY COMMISSION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CV 98-PT-1638-E

ENTERED
JUL 2 2001

### ADDENDUM TO CONCLUSIONS OF LAW
### FILED JUNE 29, 2001

The court notes that it is unlikely that a legislature could establish an amortization period which would be suitable for all cases. Circumstances will likely vary. For that reason, if an amortization period is required, it is appropriate for it to be decided equitably based upon the facts of the particular case. The plaintiff has argued here that two months is insufficient. If it is, there can be an equitable adjustment.

This the 2nd day of July, 2001.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

45